IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEPHEN TYSON, JR.                                                      PLAINTIFF

v.                                    Case No. 1:20-cv-1028

RYAN COLEMAN                                                           DEFENDANT

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice.  (ECF No. 51).

The parties indicate they have settled this case and stipulate to its dismissal with prejudice.  An action

may be dismissed by "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ.

P. 41(a)(1)(A)(ii).  The instant stipulation of dismissal does not have both parties' signatures, so the

Court will construe it instead as a motion to voluntarily dismiss pursuant to Federal Rule of Civil

Procedure 41(a), which allows for the dismissal of a case by court order at the plaintiff's request, on

terms the court considers proper.  Fed. R. Civ. P. 41(a)(2).  "Voluntary dismissal under Rule 41(a)(2)

should not be granted if a party will be prejudiced by the dismissal."  *Adams v. USAA Cas. Ins. Co.*,

863 F.3d 1069, 1079 (8th Cir. 2017).

The Court sees no reason why either party would be prejudiced by their requested dismissal,

so good cause exists for the motion.  Accordingly, the parties' joint motion (ECF No. 51) is hereby

**GRANTED**.  This case is **DISMISSED WITH PREJUDICE**.  If any party desires that the terms of

settlement be a part of the record therein, those terms should be reduced to writing and filed with the

Court within thirty (30) days of the entry of this judgment.  The Court retains jurisdiction to vacate this

order and to reopen this action upon cause shown that the settlement has not been completed and further

litigation is necessary.

**IT IS SO ORDERED**, this 22nd day of February, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge